1   DISALVO LAW OFFICE
    Mario DiSalvo, Esq
2   5151 North Palm Avenue, Suite 100
    Fresno, California  93704
3   Telephone:    (559) 442-1552
    Facsimile:    (559) 442-1567
4
5   Attorney for Defendant
    Jose Esai Martinez
6
7
                        UNITED STATES DISTRICT COURT
8
9
                        EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA          Court Case#: 1:17CR00266-LJO-SKO
13
                Plaintiff,
14
                                        MOTION TO AMEND CONDITIONS OF
15  v.                                  PRE-TRIAL RELEASE; ORDER THEREON
16  Jose Esai Martinez
17              Defendant.
18
19
    COMES NOW Defendant JOSE ESAI MARTINEZ and moves this Honorable Court to add a
20
    new condition of Defendant's pre-trial release to read:
21
        You must participate in a program of medical or psychiatric treatment, including treatment
22
        for drug or alcohol dependency, as approved by the pretrial services officer. You must pay
23
        all or part of the costs of the counseling services based upon your ability to pay, as
24
        determined by the pretrial services officer.
25
    Counsel for Defendant believes this condition is the best interest of the Defendant. United States
26
    Pre-Trial Officer is in agreement with this condition.
27
    _____
    MOTION TO AMEND CONDITIONS OF PRE-TRIAL RELEASE                        -1-
28

All other conditions are to remain as previously set.

Dated: 4/13/18                          /s/ Jose Esai Martinez
                                        Jose Esai Martinez

Dated: 4/13/18                          /s/ Mario DiSalvo
                                        Mario DiSalvo
                                        Counsel for Defendant, Jose Esai Martinez

IT IS SO ORDERED.

Dated:   **April 16, 2018**         /s/ Ericc P. Grosj
                                        UNITED STATES MAGISTRATE JUDGE