McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ESAI MARTINEZ,<br><br>Defendant. | CASE NO. 1:17-CR-266-LJO SKO<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER<br><br>TRIAL DATE: Nov 13, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Trial is currently set for November 13, 2019 at 8:30 am.

2. On October 8, 2019, Defendant signed a plea agreement. (ECF #28). Defendant is set to plead guilty on November 4, 2019.

3. By Pretrial Order, the Court set certain dates and deadlines for trial. (ECF #26). By this stipulation, defendant now moves to reset certain dates and deadlines as follows:

STIPULATION REGARDING PRETRIAL ORDER
DEADLINES

1

| **Item** | **Original Date** | **New Date** |
|---|---|---|
| Sharing of Draft Jury Instructions and Verdict | October 24, 2019 | November 5, 2019 |
| Conference Regarding Jury Instructions and Verdict | October 30, 2019 | November 7, 2019 |
| Jury Instructions<br>Verdict Form<br>Proposed Voir Dire<br>Witness Lists<br>Trial Brief | November 5, 2019 | November 8, 2019 |

IT IS SO STIPULATED.

Dated: October 17, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: October 17, 2019

/s/ MARIO DESALVO
MARIO DESALVO
Counsel for Defendant
JOSE ESAI MARTINEZ

**ORDER**

IT IS SO ORDERED.

Dated: **October 18, 2019**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE